UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IPFS CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:17-CV-01059 |
| SUE ANN LOPEZ, | ) |
| Defendant. | ) |

**DEFENDANT SUE ANN LOPEZ'S MOTION TO DISMISS OR FOR STAY**

Defendant Sue Ann Lopez files her Motion to Dismiss the Complaint of Plaintiff, IPFS Corporation ("**IPFS**"), or, alternatively, to stay proceedings in this Court. In support of her Motion Ms. Lopez states as follows:

1. Ms. Lopez files her Motion to Dismiss due to already pending litigation between the parties in Texas state court, which was the first-filed case between these parties by approximately six weeks.

2. The Texas state court has already rejected IPFS' Motion to Dismiss and ruled that it will proceed with the case pending before it.

3. Ms. Lopez adopts and incorporates her Suggestions in Support into this Motion.

WHEREFORE, Sue Ann Lopez requests that this Court grant her Motion to Dismiss this matter. Alternatively, Ms. Lopez requests the Court stay this matter until the validity and enforceability of the restrictive covenant that is at issue in this case is determined by the Texas court, and for any other relief the Court deems just and equitable.

Respectfully submitted by,

**STINSON LEONARD STREET LLP**

*/s/ Bradley S. Anderson*
_____
Bradley S. Anderson #53569
1201 Walnut Street, Ste. 2900
Kansas City, Missouri 64106
Telephone: (816) 691-3190
Facsimile: (816) 412-8195
bradley.anderson@stinson.com
***Attorneys for Defendant Sue Ann Lopez***

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing was served via electronic mail and Missouri E-filing system this 23rd day of February, 2018 to all counsel of record.

*/s/ Bradley S. Anderson*