# EXHIBIT 1

12/22/2017 6:07 PM
Chris Daniel - District Clerk Harris County
Envelope No. 21470989
By: KATINA WILLIAMS
Filed: 12/22/2017 6:07 PM

CAUSE NO. 2017-76204

| | | |
|---|---|---|
| SUE ANN LOPEZ, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| IPFS CORPORATION, | § § | |
| Defendant. | § | 152ND JUDICIAL DISTRICT |

## **DEFENDANT IPFS CORPORATION'S ORIGINAL ANSWER**

Subject to and without waiving its previously-filed Motion to Dismiss Based on Forum Selectin Clause and, in the Alternative, Plea in Abatement and Motion to Compel Arbitration, Defendant IPFS Corporation files this original answer to Plaintiff's Original Petition for Declaratory Relief and respectfully shows as follows:

1. Subject to all stipulations and admissions that may hereinafter be made, as is authorized by Rule 92 of the Texas Rules of Civil Procedure, Defendant IPFS Corporation asserts a general denial to the Plaintiff's Original Petition for Declaratory Relief and respectfully requests that Plaintiff be required to prove the charges and allegations against it by a preponderance of the evidence as required by the Constitution and laws of the State of Texas.

2. The Court should dismiss the Plaintiff's claims based on the parties' contractual forum selection clause.

3. Alternatively, the Court should abate this case and compel arbitration.

WHEREFORE, Defendant IPFS prays for a take nothing judgment, for all costs, and for all other relief, including reasonable and necessary attorneys' fees and costs pursuant to Section 37.009 of the Texas Civil Practice and Remedies Code, to which it is entitled.

Respectfully submitted,

BECK REDDEN LLP

By: _____
    David W. Jones
    State Bar No. 00790980
    djones@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: 713-951-3700
Telecopier: 713-951-3720

LATHROP & GAGE, LLP
    Michael J. Abrams
    mabrams@lathropgage.com
    Kate O'Hara Gasper
    kgasper@lathropgage.com
2345 Grand Blvd., Suite 2500
Kansas City, Missouri 64108
Telephone: 816-292-2000
Telecopier: 816-292-2001

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

      This document was served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on the day of December 22, 2017.

                                              David W. Jones