# EXHIBIT 4

1/8/2018 5:49:41 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 21686561
By: JEFFERSON, TIFFANY S
Filed: 1/8/2018 5:49:41 PM
Pgs-1

CAUSE NO. 2017-76204 DISMY

| | | |
|---|---|---|
| SUE ANN LOPEZ | § | IN THE DISTRICT COURT |
| Plaintiff; | § § § | |
| vs. | § § | HARRIS COUNTY, T E X A S |
| IPFS CORPORATION | § § | |
| Defendant. | § | 152nd JUDICIAL DISTRICT |

## ORDER DENYING MOTION TO DISMISS AND, IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION

CAME ON TO BE HEARD THIS DAY the Motion of IPFS Corporation to Dismiss and in the Alternative to Stay and Compel Arbitration. After having read the pleadings of the parties and hear arguments of the parties, if any, the Court finds that the Motion is WITHOUT MERIT and that it is DENIED.

IT IS SO ORDERED.

SIGNED on this the _____ day of _____, 2018.

Signed:
2/7/2018   *[signature]*

_____
JUDGE PRESIDING